**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHEILA MCINTOSH,** )<br>)<br>Plaintiff, )<br>)<br>   vs. )<br>)<br>**DORSEY, THORNTON & ASSOCIATES, LLC; and MICHAEL THORNTON, an individual,** )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:10-CV-02250-FCD-GGH<br><br>**NOTICE OF SETTLEMENT**<br><br>_____ |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 10th day of December, 2010.

                         By: /s Todd M. Friedman
                            TODD M. FRIEDMAN (216752)
                            Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 10th day of December, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Copy sent via mail on this 10th day of December, 2010 to:

Michael J. Cohen
Northside Law Center, LLC
105 Cliftwood Drive
Atlanta, GA  30328


This 10th day of December, 2010.

<u>s/Todd M. Friedman</u>
Todd M. Friedman